# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
L-3 Communications Corporation ) ASBCA No. 58357
)
Under Contract No. W58RGZ-10-C-0107 )

APPEARANCE FOR THE APPELLANT: Jeremy D. Kernodle, Esq.
Haynes and Boone, LLP
Dallas, TX

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
LTC Brian J. Chapuran, JA
CPT Harry M. Parent, JA
Trial Attorneys

## ORDER OF DISMISSAL

The Board has received the parties' joint motion dated 8 August 2014 to dismiss or alternatively suspend this appeal. The parties request that the Board dismiss this appeal without prejudice pursuant to Board Rule 18(b) to permit settlement discussions to continue.

Accordingly, the appeal is dismissed without prejudice under Board Rule 18(b). Unless either party or the Board acts within one year to reinstate the appeal, the dismissal shall be deemed with prejudice.

Dated: 11 August 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58357, Appeal of L-3 Communications Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals